IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2014 MAY -5  P 2: 40
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

__Darnell, Narris__
Full name and prison number
Of Plaintiff(s)

v.

__Kim Thomas__

_____

_____

_____

Name of person(s) who violated
Your constitutional rights.
(List the names of all
persons.)

CIVIL ACTION NO. __2:14-CV-326-MEFSRW__
(To be supplied by Clerk of
U.S. District Court)

I.  PREVIOUS LAWSUITS

   A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?  YES ( )  NO ( )

   B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?  YES ( )  NO ( )

   C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1.  Parties to this previous lawsuit:

         Plaintiff(s) __Darnell, Narris__

         Defendant(s) __Kim Thomas, Department of Corrections__

      2.  Court )if federal court, name the district; if state court, name the county) __Middle District of Alabama, montgomery AL.__

1

3. Docket number _____

4. Name of judge to whom case was assigned _____
_____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____
_____

6. Approximate date of filing lawsuit 4-29-14

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT Limestone Prison
_____
PLACE OF INSTITUTION WHERE INCIDENT OCCURRED Limestone Prison

III. NAME AND ADDRESSES OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.
   NAME                              ADDRESS
1. Kim, Thomas, Commissioner
2. Alabama, Department of Corrections
3. _____
4. _____
5. _____
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _____
_____

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Violation of Hippa Law, Violation of Confenditality, Endanger of a Prison

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (state as best you can the time, place and manner and person involved)

Pain and suffering. Discrimination

GROUND TWO: Mental Stress, Violation of the Americans Disabilty act.

SUPPORTING FACTS:

GROUND THREE:

SUPPORTING FACTS: My family and friends know my situation, Due to the parties breaking and violating my confendentaility

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Monitary Damages "etc"...

Dernell, Harris #249278
**Signature of plaintiff(s)**

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 4-29-14
(Date)

Dernell, Harris
**Signature of plaintiff(s)**

4

Darnell, Harris #249278
Dorm-B
28779 Nick Davis Rd.
Harvest, AL. 35749




This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.

Office of The Clerk
United States District Court
P.O. Box 711
Montgomery, AL. 36101-0711

361010711