IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DARNELL HARRIS, #249278,          )
                                  )
                Plaintiff,        )
                                  )
        v.                        )        CIVIL ACTION NO. 2:14cv326-MEF
                                  )
KIM THOMAS,                       )
                                  )
                Defendant.        )

**ORDER**

On June 5, 2014, the Magistrate Judge filed a Recommendation in this case to which

no timely objections have been filed.  (Doc. # 3).  Upon an independent review of the file in

this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge is

ADOPTED and that this case be TRANSFERRED to the United States District Court for the

Northern District of Alabama pursuant to the provisions of 28 U.S.C. § 1404.[1]

DONE this the 1st day of July, 2014.

                           _____/s/ Mark E. Fuller_____
                                UNITED STATES DISTRICT JUDGE

---

[1]        In so ruling, this court does not preliminarily scrutinize the merits of Plaintiff's
request.